IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-N-1597 (CBS)

TAREK M. KASSEM,
JENAN M. KASSEM, Parents, and on behalf of
DAREK N. KASSEM, a minor child,

    Plaintiffs,

v.

SHERIFF MICHAEL L. ACREE,
CHIEF TONY SPURLOCK,
LT. GARY YOUNGER,
BRIAN HOLLAND,
MARK ROWE,
CARLA DAVIES,
MICHAEL WAGNER,
CRAIG CHRISSINGER,
JOHN C. ROSE,
CPL. RUPPART, and
DOUGLAS COUNTY SHERIFF'S DEPARTMENT,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    This will confirm that this above entitled matter has been set for a status conference, regarding settlement issues, on **April 11, 2005, at 4:00 p.m. (Mountain Time)** in Courtroom A402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

    Please remember that **anyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show **valid photo identification**. *See* D.C.COLO.LCivR 83.2B.



**DATED:** March 23, 2005