IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-N-1597 (CBS)

TAREK M. KASSEM,
JENAN M. KASSEM, Parents, and on behalf of
DAREK N. KASSEM, a minor child,

    Plaintiffs,

v.

SHERIFF MICHAEL L. ACREE,
CHIEF TONY SPURLOCK,
LT. GARY YOUNGER,
BRIAN HOLLAND,
MARK ROWE,
CARLA DAVIES,
MICHAEL WAGNER,
CRAIG CHRISSINGER,
JOHN C. ROSE,
CPL. RUPPART, and
DOUGLAS COUNTY SHERIFF'S DEPARTMENT,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    This will confirm that the status conference, regarding settlement issues, set for May 5, 2005, has been **RESET** to **April 27, 2005, at 4:00 p.m. (Mountain Time)** in Courtroom A402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

    Please remember that **anyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show **valid photo identification**. *See* D.C.COLO.LCivR 83.2B.

**DATED:** April 22, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

**CERTIFICATE OF MAILING**
Civil Action No. 04-N-1597 (CBS)

_____

I hereby certify on _____, 2005, a copy of the foregoing document entered by Magistrate Judge Shaffer was served by depositing the same in the United States mail, to the following persons:

| | |
|---|---|
| J.F. Muhaisen, Esq. | Kelly Dunnaway, Esq. |
| Kimberly Varilek, Esq. | DOUGLAS COUNTY |
| MUHAISEN & MUHAISEN, LLC | DEPUTY COUNTY ATTORNEY |
| 1450 S. Havana Street, Ste. 304 | 100 Third Street |
| Aurora, CO 80012 | Castle Rock, CO 80104 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

Charles Q. Socha, Esq.
SOCHA, PERCZAK, SETTER & ANDERSON, PC
1775 Sherman Street, Ste. 1925
Denver, CO 80203
*Counsel for Defendant Wagner*

_____
Deputy Clerk